# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Alejandro Valles**<br>DOB: 1995; United States Citizen<br>**David Alberto Duarte-Marquez**<br>DOB: 2000; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-07374MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Between on or about October 2018 and December 2018, in the District of Arizona, Alejandro Valles and David Alberto Duarte-Marquez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: M203 40mm grenade launcher barrels; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 22, 2018, in Aguila, Arizona, Alejandro Valles placed an online order for a M203 40mm grenade launcher barrel. Valle received the directions and funds for this purchase from an individual in Mexico, and purchased the grenade launcher barrel with the intent to provide it to the individual in Mexico. This grenade launcher barrel was shipped to Valles on approximately October 29, 2018. Pursuant to the directions of the individual in Mexico, Valles took possession of the grenade launcher barrel, created a false shipping label for the package containing the grenade launcher barrel, and then forwarded the package to another individual in Nogales, Arizona, for the purpose of unlawfully exporting the grenade launcher barrel into Mexico.

On November 26, 2018, in Nogales, Arizona, David Alberto Duarte-Marquez placed an online order for a M203 40mm grenade launcher barrel. Duarte-Marquez received the directions and funds for this purchase from the aforementioned individual in Mexico, and purchased the grenade launcher barrel with the intent to provide it to the individual in Mexico. The individual in Mexico directed Duarte-Marquez to have the grenade launcher barrel shipped to Alejandro Valles. This grenade launcher barrel was intercepted by law enforcement on December 6, 2018, while it was en route to Valles in Aguila, Arizona. Valles intended to take possession of the grenade launcher barrel, create a false shipping label for the package, and forward the package to the individual in Nogales, Arizona, for the purpose of unlawfully exporting the grenade launcher barrel into Mexico.

The M203 40mm grenade launcher barrels smuggled by Valles and Duarte-Marquez qualify as United States Munitions List items, and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither Valles, Duarte-Marquez, nor any other individual had a license or any other lawful authority to export the grenade launcher barrels from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent Jacob Boisselle |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 24, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54